IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 03-94 |
| | ) |
| SAMUEL T. DURST | ) |
| JOHN D. MARMO | ) |

ORDER

AND NOW, this 13th day of July, 2005, in accordance with the foregoing memorandum, it is ORDERED that the motions of defendants, Samuel T. Durst and John D. Marmo, for judgments of acquittal under Federal Rule of Criminal Procedure 29 be, and hereby are, granted.

William L. Standish
United States District Judge

cc: Shaun E. Sweeney, Esq.
Assistant United States Attorney
400 United States Courthouse
Pittsburgh, PA 15219

Jay J. Finkelstein, Esq.
Assistant Federal Public Defender
1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

John J. Zagari, Esq.
1609 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219-1603